IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROSARIO MARQUEZ, *et al.*, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BALFOUR BEATTY CONSTRUCTION, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:24-cv-00352 (MSN/WBP) |

## ORDER APPROVING SETTLEMENT

Having reviewed Plaintiffs' Consent Motion for Approval of FLSA Settlement and Incorporated Memorandum of Law, and for good cause shown, it is hereby ORDERED that:

1. The settlement agreed to by the parties to this action is approved.

2. In accordance with the terms of the settlement, the claims of all Plaintiffs in this matter, including those of all persons who have opted into this matter as Plaintiffs, are dismissed with prejudice.

3. The Court shall retain continuing jurisdiction over the enforcement of the settlement agreement.

IT IS SO ORDERED this 23rd day of July, 2024.

/s/
Michael S. Nachmanoff
United States District Judge